**John Kaempf**, OSB #925391
KAEMPF LAW FIRM PC
1050 S.W. Sixth Avenue
Suite 1414
Portland, Oregon 97204
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HORIZON CHRISTIAN SCHOOL, an Oregon nonprofit corporation; MCMINNVILLE CHRISTIAN ACADEMY, an Oregon nonprofit corporation; and LIFE CHRISTIAN SCHOOL, an assumed business name,<br><br>Plaintiffs,<br><br>v.<br><br>KATE BROWN, GOVERNOR OF THE STATE OF OREGON, in her official capacity only,<br><br>Defendant. | Civil No. 3:20-cv-01345<br><br>DECLARATION OF MARY STARRETT IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Mary Starrett, testify as follows: I am over 18 years of age and of sound mind, and I have personal knowledge of all matters herein. On July 29, 2020, in my capacity as a Yamhill County Commissioner, I participated in a weekly call with the Oregon Governor's

DECLARATION OF MARY STARRETT

Page 1

KAEMPF LAW FIRM PC
1050 SW Sixth Avenue Suite 1414
Portland, Oregon 97204
Telephone: 503-224-5006

(Defendant's) Office Spokespersons Leah Horner and Jody Christiansen. During the call, I inquired about Oregon school re-opening guidelines and asked why private and parochial schools are not being permitted to re-open. Ms. Horner responded by saying there was a concern about "a mass exodus from public schools" if private schools are allowed to re-open when the public schools are not.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2020.

_____
Mary Starrett

DECLARATION OF MARY STARRETT

KAEMPF LAW FIRM PC
1050 SW Sixth Avenue Suite 1414
Portland, Oregon 97204
Telephone: 503-224-5006

Page 2

## ATTORNEY CERTIFICATE OF SERVICE

I certify that on August 17, 2020, I served the foregoing DECLARATION OF Mary STARRETT as follows:

Marc Abrams

marc.abrams@doj.state.or.us

OREGON DEPARTMENT OF JUSTICE
Attorney for Defendant

KAEMPF LAW FIRM PC
1050 SW Sixth Avenue Suite 1414
Portland, Oregon 97204
Telephone: 503-224-5006

KAEMPF LAW FIRM PC

/s/ John Kaempf
John Kaempf
john@kaempflawfirm.com

Attorney for Plaintiffs

Certificate of Service

Page 1

KAEMPF LAW FIRM PC
1050 SW Sixth Avenue Suite 1414
Portland, Oregon 97204
Telephone: 503-224-5006